# EXHIBIT 1

VESTIBULE - THE FUTILE

RIVER · ACHERON

CIRCLE I - LIMBO

CIRCLE II - THE LUSTFUL

CIRCLE III - THE GLUTTONOUS

CIRCLE IV - THE HOARDERS AND THE SPENDTHRIFTS

CIRCLE V - THE WRATHFUL

CITY OF DIS

TOWER   MARSH OF STYX

SPRING

Charon

Minos

Cerberus

Plutus

CASTLE

THE UNBAPTISED AND THE VIRTUOUS PAGANS