# EXHIBIT 2

Case 2:21-cv-03621   Document 1-2   Filed 04/28/21   Page 2 of 7   Page ID #:27

# DANTE
# THE DIVINE COMEDY

I: HELL



TRANSLATED BY
DOROTHY L. SAYERS

THE PENGUIN
CLASSICS

2/6

# DANTE
# THE DIVINE COMEDY
## I: HELL



TRANSLATED BY
DOROTHY L. SAYERS

THE PENGUIN CLASSICS

2/6

# DANTE
# THE DIVINE COMEDY
## I: HELL



TRANSLATED BY
DOROTHY L. SAYERS

THE PENGUIN CLASSICS

# THE COMEDY
# OF
# DANTE ALIGHIERI

THE FLORENTINE

\*

CANTICA I

# HELL

⟨L'INFERNO⟩

\*

TRANSLATED BY
DOROTHY L. SAYERS

\*

PENGUIN BOOKS
HARMONDSWORTH · MIDDLESEX

TO THE DEAD MASTER
OF THE AFFIRMATIONS
CHARLES WILLIAMS

*E quant' io l'abbia in grado, mentre io vivo*
*convien che nella mia lingua si scerna.*

Inf. xv. 86–7

THIS TRANSLATION OF
DANTE'S INFERNO
WAS FIRST PUBLISHED IN 1949

*Maps and diagrams*
*specially drawn for this edition by*
*C. W. Scott-Giles*

MADE AND PRINTED IN GREAT BRITAIN
FOR PENGUIN BOOKS LTD.
BY R. & R. CLARK, LTD., EDINBURGH

THIS TRANSLATION OF
DANTE'S INFERNO
WAS FIRST PUBLISHED IN 1949

*Maps and diagrams
specially drawn for this edition by
C. W. Scott-Giles*

MADE AND PRINTED IN GREAT BRITAIN
FOR PENGUIN BOOKS LTD.
BY R. & R. CLARK, LTD., EDINBURGH