# EXHIBIT 3

# PENGUIN CLASSICS

# DANTE

# THE DIVINE COMEDY
# VOL. I: INFERNO

### TRANSLATED BY MARK MUSA



# DANTE ALIGHIERI
# THE DIVINE COMEDY

## VOLUME I
## INFERNO

TRANSLATED WITH AN INTRODUCTION,
NOTES, AND COMMENTARY BY

### MARK MUSA



PENGUIN BOOKS

PENGUIN BOOKS
Published by the Penguin Group
Viking Penguin, a division of Penguin Books USA Inc.,
375 Hudson Street, New York, New York 10014, U.S.A.
Penguin Books Ltd, 27 Wrights Lane,
London W8 5TZ, England
Penguin Books Australia Ltd, Ringwood,
Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Suite 300,
Toronto, Ontario, Canada M4V 3B2
Penguin Books (N.Z.) Ltd, 182–190 Wairau Road,
Auckland 10, New Zealand

Penguin Books Ltd, Registered Offices:
Harmondsworth, Middlesex, England

This translation first published in the United States of America
by Indiana University Press 1971
First published in Canada by
Fitzhenry & Whiteside Limited 1971
Published in The Penguin Classics with a new Introduction,
Glossary, and Selected Bibliography and with revisions 1984

13  15  17  19  20  18  16  14  12

Copyright © Indiana University Press, 1971
Introduction and Glossary and Index of Persons
and Places copyright © Mark Musa, 1984
All rights reserved

LIBRARY OF CONGRESS CATALOGING IN PUBLICATION DATA
Dante Alighieri, 1265–1321.
The divine comedy.
(Penguin classics)
Translation of: Divina commedia.
Bibliography: p.
Includes index.
Contents: v. 1. Inferno.
I. Musa, Mark. II. Series.
PQ 4315.M8  1984   851'.1   83-17423
ISBN 0 14 044.441 6

Printed in the United States of America
Set in Linotron Bembo

Diagrams and maps drawn by C. W. Scott-Giles

Except in the United States of America,
this book is sold subject to the condition
that it shall not, by way of trade or otherwise,
be lent, re-sold, hired out, or otherwise circulated
without the publisher's prior consent in any form of
binding or cover other than that in which it is
published and without a similar condition
including this condition being imposed
on the subsequent purchaser

# UPPER HELL



# INCONTINENCE – THE SINS OF THE WOLF