# EXHIBIT 4


THIS BRIEF ACCOUNT
*of the development of Penguin Books,
published to mark its twenty-first birthday
in July 1956, has been written by
Sir William Emrys Williams,* C.B.E., *
who has been associated with the
firm for twenty years.
The book has been designed by
the Penguin typographer,
Hans Schmoller*

Case 2:21-cv-03621  Document 1-4  Filed 04/28/21  Page 4 of 5  Page ID #:41

# Numbers of Books sold Abroad

MILLIONS

**TOTAL including U.S.A.**

- 2.21 (1946)
- 2.09 (1947)
- 1.66 (1948)
- 1.86 (1949)
- 2.56 (1950)
- 3.21 (1951)
- 3.00 (1952)
- 3.67 (1953)
- 3.73 (1954)
- 5.06 (1955)

**U.S.A.**

- 0.38 (1950)
- 0.59 (1951)
- 0.65 (1952)
- 0.64 (1953)
- 0.76 (1954)
- 1.00 (1955)

1946 47 48 49 50 51 52 53 54 55

FABIAN

# \* 7 \*

# PENGUINS ABROAD

THE paper-back is regarded as the most spectacular phenomenon in American publishing. All the chroniclers of its development there agree that the story begins with the first tentative export from this country of some of the early Penguins. An American branch of Penguin Books Ltd was established in 1939; and, because the war cut off supplies from this country, the American branch began to select and publish its own titles. It soon became clear that the conception of the American Penguin differed fundamentally from the British one and, several compromises having proved ineffectual, the American partnership was dissolved, and the Penguin symbol reverted to wholly British ownership. In 1950 Penguin Books Ltd launched its own company in America, and Penguin Books Inc. opened its base in Baltimore.

One of the differences which had developed between Penguins and its American associates concerned the market which Penguins should seek in the U.S.A. The Americans wanted the mass market in terms of quarter million sales or more, for every title. This market could not be reached through bookshops