# EXHIBIT 14

**From:** **Inge De Bruyn ll Modo Law** inge.debruyn@modo-law.com
**Subject:** Re: Jocelyn Susan Bundy v. Nirvana, L.L.C. et al.
**Date:** 24 March 2021 at 12:09
**To:** Eric Gelwicks ericgelwicks@merchtraffic.com



Dear Mr. Gelwicks,

Thank you for acknowledging receipt.

My client is willing to grant your request to extend the deadline to allow you to investigate further.
However, we would appreciate to hear back from you by the end of the week.

This is especially so, since counsel for Nirvana has informed me that his client will not admit to any wrongdoing, and that it will continue to sell the infringing products for at least another year. Presumably, it intends to do so through Live Nation's channels and licensees. Please be advised that this would leave my client with no other option than to file a complaint against everyone involved.

Please also be advised that I am currently revising the draft Complaint to include the infringements abroad, which seem to be concentrated in the UK and Germany. We will be asking the U.S. District Court to exercise jurisdiction over those claims as well, pursuant to London Film Productions v. Intercontinental Comm., 580 F. Supp. 47 (S.D.N.Y. 1984) and Armstrong v. Virgin Records, Ltd., 91 F. Supp. 2d 628, 637 (S.D.N.Y. 2000). So, in reviewing the matter, you may also want to evaluate Live Nation's liability under U.K. and German copyright laws and under the national laws of any other countries in which LNM and Merch Traffic are selling or licensing these products. I believe that you will find that the illustration is still very much protected by copyright in nearly all of those countries.

Thank you.

Sincerely,
Inge De Bruyn



```
Inge De Bruyn
Attorney
State Bar of California | Brussels Bar, Belgium
```

```
+1 424-832-6118

inge.debruyn@modo-law.com

www.modo-law.com
```

*This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.*

> On 19 Mar 2021, at 09:57, Eric Gelwicks <ericgelwicks@merchtraffic.com> wrote:

Dear Ms. De Bruyn:

I am writing on behalf of both Live Nation Merchandise, LLC and Merch Traffic, LLC. We are in receipt of your correspondence and note your deadline of today to respond.

We will need additional time to review this matter and respectfully request an extension of your deadline at least to the end of next week.

Thank you,

Eric


Eric Gelwicks | Senior Counsel / Director, Business & Legal Affairs
EricGelwicks@MerchTraffic.com | 415.247.7158
2 Jackson Street | Suite 200 | San Francisco | California | 94111
<image001.png>
<image002.png>

This message contains information from Live Nation and MerchTraffic which may be confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this correspondence is prohibited. If you have received this transmission in error, please notify me immediately by telephone or by email. Thank you very much.

---

**From:** Inge De Bruyn || Modo Law <inge@modo-law.com>
**Date:** Monday, March 15, 2021 at 5:30 PM
**To:** Eric Gelwicks <ericgelwicks@merchtraffic.com>
**Subject:** Jocelyn Susan Bundy v. Nirvana, L.L.C. et al.

**[EXTERNAL]**
Dear Mr. Gelwicks,

I represent Jocelyn Bundy in a dispute with Nirvana, L.L.C. about the copyright in the illustration of Upper Hell as it appears on countless merchandise items that Nirvana has been selling since the 90s.

Since Nirvana continues to deny my client's rights in the situation, I have instructions to file suit for copyright infringement against Nirvana and all other parties engaged in the exploitation of the infringing products. That would include Live Nation Merchandise.
Please find a cease and desist letter attached, as well as a draft complaint.

My client would be willing to settle this matter out of court, should Live Nation be so inclined. Would you be able to let me know your position by Friday please?
Please don't hesitate to contact me if you have any questions.

Sincerely,
Inge De Bruyn

**Inge De Bruyn**

Attorney

State Bar of California | Brussels Bar, Belgium

---

+1 424-832-6118

inge.debruyn@modo-law.com

www.modo-law.com

*This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.*