NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Inge De Bruyn
Modo Law, P.C.
4218 Via Padova
Claremont, CA 91711
email: inge.debruyn@modo-law.com
telephone: (323) 983-2188

CLEAR FORM

ATTORNEY(S) FOR: JOCELYN SUSAN BUNDY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN SUSAN BUNDY, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>NIRVANA L.L.C. et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-03621<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Jocelyn Susan BUNDY
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jocelyn Susan BUNDY | Plaintiff |
| Nirvana L.L.C. | Defendant |
| Live Nation Merchandise, LLC | Defendant |
| Merch Traffic LLC | Defendant |
| Silva Artist Management, LLC | Defendant |
| Krist Novoselic | Member of Defendant Nirvana L.L.C. |
| David Eric Grohl | Member of Defendant Nirvana L.L.C. |
| The End of Music, LLC | Member of Defendant Nirvana L.L.C. |
| Courtney Love Cobain | Member of The End of Music, LLC |
| Frances Bean Cobain | Member of The End of Music, LLC |
| John Silva | Manager/member of Silva Artist Management, LLC |

April 28, 2021
Date

/s/ Inge De Bruyn
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jocelyn Susan BUNDY