# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jocelyn Susan Bundy

PLAINTIFF(S)

v.

Nirvana L.L.C. et al

DEFENDANT(S).

CASE NUMBER

2:21-cv-03621 DSF(MAAx)

**ORDER RE TRANSFER PURSUANT
TO GENERAL ORDER 21-01
(RELATED CASES)**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 21-01.

_____
Date

John A. Kronstadt
_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Plaintiff in this action asserts different intellectual property rights than those asserted in Nirvana L.L.C. v. Mark Jacobs International L.L.C. et al., 2:18-cv-10743-JAK.  The actions do not arise from closely related transactions, happenings or events, and do not call for the determination of similar questions of law and fact. Substantial duplication of labor would not result if the actions proceed before different judges.

May 4, 2021
_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:18-cv-10743 JAK(SKx)   and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

TRANSFER ORDER DECLINED