# EXHIBIT 6

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA CENTRAL**

| | | | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 16,494 | 16,910 | 16,448 | 17,910 | 18,716 | 17,803 | | |
| | | Terminations | 16,928 | 16,334 | 16,399 | 16,545 | 17,856 | 17,327 | | |
| | | Pending | 12,106 | 12,660 | 12,764 | 14,131 | 14,909 | 15,202 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 7.9 | 5.3 | 8.2 | -0.6 | -4.9 | | 38 | 7 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 19.1 | 43.0 | 65.7 | 79.8 | 105.8 | 100.4 | | |
| Actions per Judgeship | Filings | Total | 589 | 604 | 587 | 640 | 668 | 636 | 15 | 4 |
| | | Civil | 522 | 534 | 504 | 551 | 588 | 582 | 9 | 3 |
| | | Criminal Felony | 36 | 39 | 49 | 57 | 53 | 34 | 82 | 13 |
| | | Supervised Release Hearings | 31 | 30 | 34 | 32 | 28 | 19 | 61 | 13 |
| | Pending Cases [2] | | 432 | 452 | 456 | 505 | 532 | 543 | 40 | 6 |
| | Weighted Filings [2] | | 551 | 573 | 583 | 650 | 723 | 702 | 9 | 2 |
| | Terminations | | 605 | 583 | 586 | 591 | 638 | 619 | 13 | 4 |
| | Trials Completed | | 11 | 13 | 11 | 12 | 9 | 3 | 84 | 14 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 17.9 | 15.6 | 13.1 | 13.3 | 14.4 | 17.3 | 82 | 14 |
| | | Civil [2] | 5.3 | 4.8 | 5.0 | 5.2 | 4.6 | 4.8 | 3 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 20.2 | 20.4 | 19.2 | 21.8 | 22.5 | 17.4 | 3 | 1 |
| Other | | Number (and %) of Civil Cases Over 3 Years Old [2] | 560 5.9 | 538 5.4 | 547 5.6 | 559 5.2 | 620 5.4 | 753 6.4 | 37 | 3 |
| | | Average Number of Felony Defendants Filed per Case | 1.6 | 1.5 | 1.6 | 1.5 | 1.7 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 53.8 | 50.2 | 42.9 | 44.3 | 59.0 | 0 | | |
| | | Percent Not Selected or Challenged | 55.9 | 45.9 | 43.6 | 45.1 | 57.1 | 0 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 16,296 | 1,285 | 302 | 1,532 | 71 | 201 | 541 | 1,625 | 1,030 | 1,180 | 6,298 | 24 | 2,207 |
| Criminal [1] | 962 | 16 | 288 | 55 | 170 | 218 | 53 | 42 | - | 35 | 10 | 11 | 64 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA EASTERN**

| | | | | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | | 5,378 | 5,703 | 5,309 | 5,616 | 5,259 | 4,866 | | |
| | | Terminations | | 5,726 | 5,633 | 5,373 | 5,764 | 5,022 | 4,422 | | |
| | | Pending | | 7,362 | 7,432 | 7,375 | 7,110 | 7,343 | 7,775 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | -9.5 | -14.7 | -8.3 | -13.4 | -7.5 | | 43 | 8 |
| | | Number of Judgeships | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | | Vacant Judgeship Months [2] | | 6.1 | 0.0 | 0.0 | 0.0 | 5.3 | 24.0 | | |
| **Actions per Judgeship** | | Filings | Total | 896 | 951 | 885 | 936 | 877 | 811 | 7 | 1 |
| | | | Civil | 748 | 824 | 735 | 781 | 741 | 715 | 6 | 1 |
| | | | Criminal Felony | 101 | 77 | 97 | 97 | 91 | 60 | 53 | 7 |
| | | | Supervised Release Hearings | 48 | 51 | 53 | 58 | 44 | 36 | 29 | 8 |
| | | Pending Cases [2] | | 1,227 | 1,239 | 1,229 | 1,185 | 1,224 | 1,296 | 6 | 1 |
| | | Weighted Filings [2] | | 770 | 806 | 756 | 800 | 763 | 698 | 10 | 3 |
| | | Terminations | | 954 | 939 | 896 | 961 | 837 | 737 | 9 | 2 |
| | | Trials Completed | | 14 | 17 | 16 | 17 | 10 | 5 | 69 | 10 |
| **Median Time (Months)** | | From Filing to Disposition | Criminal Felony | 20.3 | 23.3 | 22.0 | 18.8 | 19.4 | 20.3 | 88 | 15 |
| | | | Civil [2] | 9.4 | 8.4 | 10.2 | 7.9 | 9.6 | 10.0 | 57 | 9 |
| | | From Filing to Trial [2] (Civil Only) | | 36.5 | 50.0 | 44.8 | 36.8 | 32.2 | - | - | - |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | | 770 / 14.0 | 788 / 13.7 | 763 / 13.5 | 706 / 13.3 | 779 / 14.0 | 913 / 15.5 | 76 | 12 |
| | | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.6 | 1.6 | 1.5 | 1.5 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | | 38.2 | 36.7 | 37.9 | 39.3 | 44.3 | 0 | | |
| | | Percent Not Selected or Challenged | | 36.8 | 38.2 | 30.4 | 37.7 | 39.2 | 0 | | |

### 2021 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4,291 | 644 | 71 | 1,645 | 7 | 55 | 170 | 281 | 185 | 56 | 855 | 1 | 321 |
| Criminal [1] | 356 | 9 | 188 | 13 | 56 | 33 | 11 | 23 | - | 4 | 3 | 5 | 11 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."