| | |
|---|---|
| Mark S. Lee (SBN: 94103)<br>RIMON, P.C.<br>2029 Century Park East, Suite 400N<br>Los Angeles, CA   90067<br>Telephone/Facsimile: 310.561.5776<br>mark.lee@rimonlaw.com<br><br>Attorneys for Defendant NIRVANA L.L.C. | Zia F. Modabber (SBN: 137388)<br>Leah E.A. Solomon (SBN: 275347)<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Telephone:  310.788.4400<br>zia.modabber@katten.com<br>leah.solomon@katten.com<br><br>Attorneys for Defendants LIVE NATION MERCHANDISE, LLC, MERCH TRAFFIC LLC, AND SILVA ARTIST MANAGEMENT, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOCELYN SUSAN BUNDY, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>NIRVANA, L.L.C. a Washington Limited Liability Company; LIVE NATION MERCHANDISE LLC, a Delaware Limited Liability Company; MERCH TRAFFIC LLC, a Delaware Limited Liability Company; SILVA ARTIST MANAGEMENT, LLC, a California Limited Liability Company,<br><br>            Defendants. | Case No. 2:21-cv-03621-DSF (MAAx)<br><br>**NOTICE OF DEFENDANTS' ACCEPTANCE OF CONDITIONS IN COURT'S ORDER**<br><br>The Honorable Dale S. Fischer |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Notice is hereby given that Defendants Nirvana L.L.C., Live Nation Merchandise, LLC, Merch Traffic LLC, and Silva Artist Management, LLC (collectively, "Defendants") accept the conditions set forth at paragraphs (1)(a)-(d) on page 17 of this Court's Order conditionally granting Defendants' motion to dismiss, entered on October 21, 2021, as Docket No. 27 herein.

Dated:  October 29, 2021               RIMON, P.C.

                                By: /s/ Mark S. Lee
                                    Mark S. Lee
                                    RIMON, P.C.
                                    2029 Century Park East, Suite 400N
                                    Los Angeles, CA   90067
                                    Telephone/Facsimile: 310.561.5776
                                    mark.lee@rimonlaw.com

                                    Attorneys for Defendant *NIRVANA, L.L.C.*

| | | |
|---|---|---|
| 1 | Dated: October 29, 2021 | KATTEN MUCHIN ROSENMAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Leah E.A. Solomon |
| 5 | | Zia F. Modabber |
| | | Leah E.A Solomon |
| 6 | | KATTEN MUCHIN ROSENMAN LLP |
| 7 | | 2029 Century Park East, Suite 2600 |
| | | Los Angeles, CA 90067 |
| 8 | | Telephone: 310.788.4400 zia.modabber@katten.com |
| 9 | | leah.solomon@katten.com |
| 10 | | |
| 11 | | Attorneys for Defendants *LIVE NATION MERCHANDISE, LLC, MERCH TRAFFIC LLC, AND SILVA ARTIST MANAGEMENT, LLC* |
| 12 | | |

2
NOTICE OF DEFENDANTS' ACCEPTANCE OF CONDITIONS IN COURT'S ORDER
150871234

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4(a)(2)(i), I, Mark S. Lee, attest that concurrence in the filing of this document has been obtained.

/s/ Mark S. Lee
Mark S. Lee