# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN SUSAN BUNDY,<br>     Plaintiff,<br><br>              v.<br><br>NIRVANA L.L.C., et al.,<br>     Defendants. | CV 21-3621 DSF (MAAx)<br><br>JUDGMENT |

   The Court having granted a motion to dismiss for *forum non conveniens* conditioned on Defendants Nirvana L.L.C., Live Nation Merchandise, LLC, Merch Traffic LLC, and Silva Artist Management, LLC's acceptance of conditions set forth in the Court's Order Granting Defendants' Motion to Dismiss for F*orum Non Conveniens* and Defendants having accepted the Court's conditions,

   IT IS ORDERED AND ADJUDGED that the action be dismissed without prejudice subject to a U.K. court's acceptance of jurisdiction over Bundy's claims, including her U.S. copyright claims.

Date: November 4, 2021

　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge